IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1273-ZLW-MJW

J. ANDREW MOORER,

      Plaintiff,

v.

ABRAHAM B. GOLDBERG,

      Defendant.

---

ORDER

---

In consideration of the Minute Order entered on June 15, 2006, by Magistrate Judge Michael J. Watanabe, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before July 17, 2006.  If by that date settlement papers have not been received by the Court, on July 24, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   16   day of June, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court