IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1273-ZLW-MJW

J. ANDREW MOORER,

    Plaintiff,

v.

ABRAHAM B. GOLDBERG,

    Defendant.

---

ORDER OF DISMISSAL

---

Pursuant to and in accordance with the Joint Stipulation Of Dismissal, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own legal fees and costs.

DATED at Denver, Colorado, this   18   day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court